IN THE SUPREME COURT OF TEXAS

 444444444444
 No. 03-0252
 444444444444

 IN RE HOUSTON NORTHWEST PARTNERS, LTD., INDIVIDUALLY AND D/B/A NORTHWEST
 MEDICAL CENTER AND RENEE BRANCH, R.N.

 4444444444444444444444444444444444444444444444444444
 On Petition for Writ of Mandamus
 4444444444444444444444444444444444444444444444444444

 ORDER

 1. The Court abated the petition for writ of mandamus June 29,
 2004, to allow the parties to proceed with a hearing on the parties'
 motion to approve the settlement agreement.

 2. The parties are ordered to notify the Court of the outcome of
 the hearing on the
 motion to approve the settlement agreement.

 Done at the City of Austin, this 29th day June , 2004.

 Andrew Weber, Clerk
 Supreme Court of
 Texas

 By_____________________________
 Nancy J. Vega, Deputy Clerk